**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20103-DMM**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRETT THOMAS GRAHAM,

Defendant,
_______________________________________/

**UNITED STATES OF AMERICA'S MOTION TO AUTHORIZE UNITED STATES MARSHALS SERVICE TO TURN OVER PROPERTY BELONGING TO DEFENDANT AND TO APPOINT RECEIVER TO MARSHAL AND SELL PROPERTY**

The United States of America, by and through the undersigned Assistant United States Attorney, files pursuant to 18 U.S.C. §3613(c), its Motion to have the United States Marshals Service (USMS) turn over property belonging to the Defendant to a Receiver and directing the Receiver to marshal and sell the property and to deposit the net sale proceeds with the Clerk of Court to be applied toward the restitution judgment entered against the Defendant. In support thereof, the United States alleges as follows:

1. On September 16, 2025, the Court imposed judgment in a criminal case against the defendant, Brett Thomas Graham, including an assessment in the amount of $100.00 and restitution in the amount of $8,427,000.00, plus statutory interest pursuant to 18 U.S.C. § 3612 [DE 53].

2. The United States Marshals Service has in its custody the following items of personal property which have already been appraised at an approximate total value of $554,500 and which were subject to forfeiture belonging to the Defendant:

a. Item serial number 264043, purchased from Bulgari, described as "High jewelry necklace set in pink gold with Turquoise, 1 silver Coin (MACEDONIA - PHILIPPOS II - 359 - 336 B.C.), 6 cabochon cut Blue Sapphire (2.65 ct) and pave-set Diamonds (D - F IF - VVS 4.44 ct);"

b. Item serial number 264846, purchased from Bulgari, described as "High jewelry necklace in pink gold with 1 pear emerald (Zambia-10.62 ct), 1 fancy cut pink tourmaline (8.67 ct), 1 fancy cut blue topaz (8.63 ct), 1 fancy cut purple garnet (7.86 ct), 1 fancy cut amethyst (7.52 ct), 1 fancy cut citrine quartz (7.48 ct), 30 buff top rubies (3.65 ct) and pave-set diamonds (D-F IF-VVS 6.01 ct);"

c. Item serial number 267490, purchased from Bulgari, described as "High Jewelry earrings in pink gold with 7 rubellite beads (20.41 ct), 7 mandarin garnet beads (29 .83 ct), 10 round brilliant cut diamonds and pave-set diamonds (D-F IF-VVS 4.67 ct);"

d. Item serial number 266008, purchased from Bulgari, described as "High Jewelry ring in pink gold with mother of pearl elements, 1 oval mandarin garnet (16.85 ct), 32 step cut diamonds (F-G VVS-VS 3.57 ct), and pave-set diamonds (D-F IF-VVS 1.74 ct);"

e. Item serial number 268863, purchased from Bulgari, described as "High Jewelry ring in pink gold with 1 cushion rubellite (10.59 ct), 20 buff-top rubies (1.30 ct), 22 fancy shape diamonds (F-F VVS-VS 1.65 ct) and pave-set diamonds (D-F IF-VVS 1.85 ct);"

f. Item serial number 268601, purchased from Bulgari, described as "High Jewelry ring in white gold with 1 cushion tanzanite (12.83 ct), 32 fancy bufftop emeralds (0.70 ct) and pave-set diamonds (D-F IF-VVS 1.89 ct);"

g. Item serial number 271483, purchased from Bulgari, described as "High Jewelry earrings in pink gold with 1 round rubellite (2.09 ct), 1 round emerald (1.49 ct), 14 buff-top rubies (0.93 ct), 1 round amethyst (1.14 ct), 1 round topaz (2.53 ct}and pave-set diamonds (D-F IF-VVS 1.39 ct);"

h. Item serial number 270376, purchased from Bulgari, described as "High Jewelry necklace in pink gold with 1 oval cabochon purple quartz (37.06 ct), 1 oval cabochon rubellite (31.57 ct), 1 oval cabochon pink tourmaline (28.00 ct), and pave-set diamonds (D-F IF-VVS 3.29 ct);"

i. Item serial number 273631, purchased from Bulgari, described as High Jewelry Tubogas bracelet in pink gold with 1 oval cabochon cut rubellite (31.20 ct), and pave-set diamonds (D-F IF-VVS 1.78 ct);"

j. Jewelry item - gold locket - purchased from Von Gehr Luxury LLC dba Briony Raym;

k. Jewelry item - necklace - purchased from Pomellato New York;

l. Devan Shimoyama Painting seized from 1 Justice Park Drive, Houston, Texas.

3. 18 U.S.C. §3613(c) imposes a lien in favor of the United States on all property owned by the criminal defendant who owes restitution and provides,

> (c) Lien.--A fine imposed pursuant to the provisions of subchapter C of chapter 227 of this title, or an order of restitution made pursuant to sections 2248, 2259, 2264, 2327, 3663, 3663A, or 3664 of this title, is a lien in favor of the United States on all property and rights to property of the person fined as if the liability of the person fined were a liability for a tax assessed under the Internal Revenue Code of 1986. The lien arises on the entry of judgment and continues for 20 years or until the liability is satisfied, remitted, set aside, or is terminated under subsection (b).

4. Payments totaling $430 have been received and credited toward the restitution judgment, but the debt remains outstanding.

5. The jewelry and painting listed in paragraph 2(a-l) above belonging to the Defendant and being held by the USMS should be turned over to a receiver appointed by this Court to sell the property. The net proceeds from the sale should then be turned over to the Clerk of the Court, United States District Court, Southern District of Florida and applied to Defendant's restitution balance.

6. Accordingly, the Government hereby moves to expedite the appointment of George Richards of National Auction Company, 7958 Pines Boulevard, #506, Pembroke Pines, Florida 33024, as the authorized Receiver to marshal and sell the property described in paragraph 2(a-l) above belonging to the Defendant in a commercially reasonable manner in lieu of the United States Marshal.

10. It is requested that the proceeds obtained from the sale of the property described in paragraph 2(a-l) above, after the payment of the Receiver's fees and costs including an 8% commission, shall be deposited with the Clerk of the Court, U.S. District Court, Southern District of Florida, Financial Section, 400 North Miami Avenue, 8th Floor North, Miami, Florida 33128, by cashier's check or electronic transfer, for payment toward restitution ordered by this Court. It is also requested that George Richards, as Receiver, be authorized to execute the appropriate documents to accomplish and finalize the sale and transfer of the property. The Clerk of the Court shall disburse the funds received from the sale of the subject property toward restitution in accordance with 18 U.S.C. § 3612.

11. The Government further requests that the order of appointment reflect limited immunity for acts taken in furtherance of the receivership, and that any suit against the receiver be prohibited absent prior approval from the Court. *See Patco Energy Express, LLC v. Lambros*, 353 Fed. Appx. 379, 381 (11th Cir. 2009) ("(B)efore a suit can be maintained against a receiver ... it is necessary that the consent of the court appointing him be first obtained." (citation omitted)); *Chua v. Ekonomou*, 1 F.4th 948, 955 (11th Cir. 2021) (discussing judicial immunity for acts within the scope of appointment for court appointed receivers).

WHEREFORE, based on the foregoing, the United States of America, respectfully requests that this Court issue an Order authorizing the USMS to turn over the property described herein and appoint George Richards of National Auction Company, as Receiver to marshal and sell the property and to deposit the net sale proceeds with the Clerk of Court to apply toward the restitution

[THIS SPACE INTENTIONALLY LEFT BLANK]

judgment entered against the Defendant.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: *s/Danielle Croke*
Danielle Croke
Assistant U.S. Attorney
500 S. Australian Ave., 4th Floor
West Palm Beach, FL 33401
Florida Bar No. 0723258
Telephone No. (561) 209-1035
E-mail: danielle.croke@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that also on this day I mailed a copy of the foregoing Motion to the following pro se and interested third-parties at the following address:

*s/ Danielle Croke*
DANIELLE N. CROKE
ASSISTANT UNITED STATES ATTORNEY

Brett Thomas Graham
Register Number: 66566-511
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, FL 33521
Pro Se Defendant